**Litt Jewelry Company, Inc., Plaintiff-Appellee, v. Ellen J. Brown, Defendant-Appellant.**

**Gen. No. 49,056.**

First District, Second Division.

November 22, 1963.

Albert Koretzky of Chicago, for appellant. No brief filed for appellee. Opinion by PRESIDING JUSTICE BURKE. **Not to be published in full.**